IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL JONES, and DEBRA JONES, husband and wife;<br><br>Plaintiffs,<br><br>vs.<br><br>THE HARTFORD INSURANCE COMPANY, and SENTINEL INSURANCE COMPANY, LTD,<br><br>Defendants. | 8:19CV254<br><br>ORDER |

This matter is before the Court on the Joint Stipulation to Stay Progression Order Pending Mediation ([Filing No. 28](Filing No. 28)). After review of the parties' stipulation, the Court finds good cause to grant the request. Accordingly,

**IT IS ORDERED**:

1. The Jointly Stipulated Stay of Progression Order Pending Mediation ([Filing No. 28](Filing No. 28)) is granted.
2. The pretrial conference and trial are cancelled, and all remaining case progression deadlines are stayed pending the outcome of mediation.
3. The parties shall notify the Court within 7-days of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 7-days after it takes place.
4. If mediation is unsuccessful, the parties shall provide the undersigned magistrate judge with a proposed schedule for reinstatement of case progression deadlines within 14-days after mediation takes place.

Dated this 28th day of January, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge