# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL JONES, and DEBRA JONES, husband and wife;<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE HARTFORD INSURANCE COMPANY, and SENTINEL INSURANCE COMPANY, LTD,<br><br>　　　　　Defendants. | 8:19CV254<br><br>ORDER |

Pursuant to the notice of settlement ([Filing No. 31](#)) filed by defendants,

**IT IS ORDERED:**

1. On or before **April 17, 2020**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 16th day of March, 2020.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge